160 So. 924

### Grover SMITHERMAN v. STATE.
### 5 Div. 967.

Court of Appeals of Alabama.
April 16, 1935.

RICE, Judge.
Appeal dismissed.

152 So. 925

### S. W. SMOOT v. STATE.
### 8 Div. 830.

Court of Appeals of Alabama.
Feb. 13, 1934.

BRICKEN, Presiding Judge.
Affirmed.

155 So. 923

### Grace SOLOMAN v. STATE.
### 8 Div. 961.

Court of Appeals of Alabama.
May 22, 1934.

SAMFORD, Judge.
Affirmed.

157 So. 923

### William Clifford SORRELL v. STATE.
### 4 Div. 82.

Court of Appeals of Alabama.
Nov. 13, 1934.

RICE, Judge.
Appeal dismissed.

163 So. 910

### SOUTHERN COTTON OIL CO. v. T. S. FAULK & CO.
### 4 Div. 163.

Court of Appeals of Alabama.
Nov. 5, 1935.

Carmichael & Tiller, of Geneva, and Ball & Ball, of Montgomery, for appellant.

E. C. Boswell, of Geneva, for appellee.

RICE, Judge.

Reversed and rendered on authority of Southern Cotton Oil Co. v. J. B. Lowery et al. (Ala. Sup. 4 Div. 829) 163 So. 629.